IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID AGOSTINO, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 08-1527 |
| COLLIER TOWNSHIP, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 20th day of July, 2009, after the plaintiff, David Agostino, filed an action in the above-captioned case, and after a motion for judgment on the pleadings was submitted by the defendant, Collier Township, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant and the response to those objections filed by the plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 20), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for judgment on the pleadings (Docket No. 15) is denied.

*Donetta F. Ambrose*
United States District Judge